83,965-9

COURT OF CRIMINAL APPEALS
PO BOX 12308
CAPITOL STATION
AUSTIN TEXAS 78711
( 9-11-15 )

JAMES WILLIAMS
#1908880
CONNALLY UNIT
899 FM 632
KENEDY TX 78119

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 24 2015
Abel Acosta, Clerk

RE: CASE NUMBER 09-15-00247-CR
TRIAL COURT CASE NUMBER: 11-13092
NINTH DISTRICT COURT OF APPEALS.

DEAR CLERK PLEASE FILE MY WRIT OF ERROR
UNDER TRAP 53.7 "WRIT OF ERROR DE NO
REVIEW. THANK YOU IN THIS MATTER.

SINCERELY
James William
9-11-15

This document contains some
pages that are of poor quality
at the time of imaging.

Petitioner filed a motion for Shock Probation after the Ninth Court of Appeals resolved his appeal in his criminal case. See. Williams v. State, No. 09-13-00489-CR, 2014 C Tex. App. Lexis 11597 C Tex. App- Beaumont Oct. 22, 2014, No Pet). In that appeal, this Court modified the Final Judgment by deleting the trial Courts restitution award because an award of restitution was not orally pronounced as part of the Judgment at sentencing but this Court affirmed his aggravated robbery conviction. According to the Clerk's Record in that case. Williams sentence was imposed and executed on October 4, 2013. The record Williams sentence was imposed and executed on October 4, 2013. He filed his request for Shock Probation on April 9, 2015 the Ninth Court of Appeals denied his mandamus in regards that the limitation was expired see. Exhibit All Attach order denied mandamus

(1)

TEX. STATUTES TRAP 53.7

## Writ of error question

Is it required by the Court of Appeals to have trial court to grant shock probation or give petitioner a resentencing when the trial court dismissed the aggravated robbery and court cost.

## Authorities

Petitioner brings this writ of error under TRAP 53.7 see. Attach Exhibit A" Attach ninth court of appeals denied his shock probation But he ask this court to review their decision on was the court of appeals suppose to send to the trial court to allow him to get a resentencing when the trial court dismiss the Aggravated robbery that allow him to violate his probation. He ask this court to review this writ of error.

(3)

## PRAYER

petitioner prays for relief

## Certificate of service

on 9-11-15 he sent this petition to the court of criminal appeals. from Coddault unit.

sincerely
James william
9-11-15

(4)

# TABLE OF CONTENT

| | PAGE |
|---|---|
| Identity of Parties | ii |
| Table of Content | iii |
| Statement of the Case | 1 |
| Index of Authorities | 2 |
| Writ of Error Question / With Authorities | 3 |
| Prayer | 4 |
| Certificate of Service | 4 |
| Exhibit "A" | 5 |

## IDENTITY OF PARTIES

THE STATE OF TEXAS : JUSTICES MCKEITHEN, C.J., HORTON AND JOHNSON. JJ

JAMES WILLIAMS PETITIONER

JUSTICES MCKEITHEN

# COURT OF CRIMINAL APPEALS

Writ of Error
De no vo review
under TRAP 53.7
with petition

James Williams Petitioner

VS.

THE State

CASE No. 09-15-00247-CR
Trial Case No. 11-13092
9th Court of Appeals

Justices McKeithen, C.J.,
Horton And Johnson, J.J.

EXHibit
A"

ATTACH

(5)

# IN THE NINTH COURT OF APPEALS

## 09-15-00247-CR

In Re James Williams

Original Proceeding

## JUDGMENT

THE NINTH COURT OF APPEALS, having considered James Williams's petition for writ of mandamus, concludes that the petition should be denied. IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that the petition for writ of mandamus is denied.

Per Curiam Opinion

July 15, 2015

**PETITION DENIED**

**\*\*\*\*\*\*\*\*\*\***

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court



CleRk CaRol Aune HARLey
Court of APPEALS
STATE oF TEXAS
Ninth District
Suite 330
1001 PEARl StReet
BEAumont, TEXAS 77701

Theois Dodson
#1490901
CoNNAlly uNit
899 FM 632
KeNeol TX 78119

OCT 31 2019

LEGAL

